UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:12-cv-295-D

---

JOE HAND PROMOTIONS, INC.
a Foreign Corporation
                 Plaintiff,

vs.

DANIEL K. MILLER, Individually, and as
an officer, director, shareholder, and/or
principal of PIRATE'S PUB & RESTAURANT,
INC. d/b/a A. J. MCMURPHY'S

and

GARY HARRIS, Individually, and as an
officer, director, shareholder, and/or
principal of PIRATE'S PUB & RESTAURANT,
INC. d/b/a A. J. MCMURPHY'S           ENTRY OF DEFAULT

and

PIRATE'S PUB & RESTAURANT, INC.
d/b/a A. J. MCMURPHY'S
a Domestic Corporation

                 Defendants.

---

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiff for entry of default against Defendant Pirate's Pub and Restaurant, Inc., d/b/a A. J. McMurphy's.

IT APPEARING TO THE COURT that the named Defendant Pirate's Pub and Restaurant, Inc., d/b/a A. J. McMurphy's is in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, default is hereby entered against Defendant Pirate's Pub and Restaurant, Inc., d/b/a A. J. McMurphy's.

This the 27th day of February, 2013.

*Julia A. Richards*
Clerk, United States District Court