IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-295-D

JOE HAND PROMOTIONS, INC.,          )
                                    )
                Plaintiff,          )
                                    )
        v.                          )          **ORDER**
                                    )
DANIEL K. MILLER,                   )
GARY HARRIS, and                    )
PIRATE'S PUB & RESTAURANT, INC.,    )
                                    )
                Defendants.         )

On November 17, 2013, plaintiff filed a motion to amend the complaint [D.E. 18]. The

motion was filed after the deadline in the scheduling order. See [D.E. 15] 2. Thus, plaintiff first

must meet the "good cause" standard in Rule 16. See Nourison Rug Corp. v. Parvizian, 535 F.3d

295, 298–99 (4th Cir. 2008).

Plaintiff has failed to acknowledge, much less establish, good cause to add Shannon Neuhoff

or William Stom as defendants. The motion to amend [D.E. 18] is DENIED. To the extent that

plaintiff wishes to file a stipulation dismissing Daniel K. Miller or Gary Harris in order to avoid

Rule 11 sanctions, plaintiff should do so promptly.

SO ORDERED. This 9 day of December 2013.

                            JAMES C. DEVER III
                            Chief United States District Judge